JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL HUMPHREY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>Defendant. | CASE NO. 2:18-cv-01282-GMN-NJK<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

WHEREAS, Plaintiff, CRYSTAL HUMPHREY, and her attorney of record, TRAVIS J. RICH, ESQ. and Defendant SMITH'S FOOD & DRUG CENTERS, INC. and its attorney of record, JERRY S. BUSBY, ESQ. have participate in a private mediation which resulted in the parties agreeing upon a full and final settlement of all claims by Plaintiff against all Defendants;

IT IS HEREBY STIPULATED AND AGREED by and between TRAVIS J. RICH, ESQ. of the DAVID BOEHRER LAW FIRM, Attorney for Plaintiff CRYSTAL HUMPHREY, and JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

1.    That the claims herein of Plaintiff CRYSTAL HUMPHREY against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

/ / /

CLAC 5033777.1

2.      That any and all deadlines for filing pleadings with the Court be vacated.

DATED this 12ᵗʰ day of _____July_____, 2019.

DAVID BOEHRER LAW FIRM

DAVID D. BOEHRER, ESQ.
Nevada bar No. 09517
TRAVIS J. RICH, ESQ.
Nevada Bar No. 012854
375 North Stephanie Street - Suite #2213
Henderson, Nevada 89014
(702) 750-0750
Attorneys for Plaintiff

COOPER LEVENSON, P.A.

JERRY S. BUSBY, ESQ.
Nevada Bar No.001107
GREGORY A. KRAEMER, ESQ.
Nevada Bar No. 010911
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
Attorneys for Defendant

IT IS SO ORDERED:

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

DATED this ___12___ day of July, 2019.

CLAC 5033777.1